MARK A. KLAASSEN
United States Attorney
NICHOLAS VASSALLO (WY Bar #5-2443)
Assistant United States Attorney
P.O. Box 668
Cheyenne, WY 82003-0668
Telephone: 307-772-2124
nick.vassallo@usdoj.gov

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2018 MAY -3 PM 2: 33
STEPHAN HARRIS, CLERK
CHEYENNE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| SARAH MOUNTAIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 18-CV-72-F |
| | ) | |
| COMMUNITY HEALTH CENTER OF | ) | |
| CENTRAL WYOMING, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF REMOVAL

COMES NOW the United States of America, by and through Nicholas Vassallo, Assistant United States Attorney, and gives notice of removal of the above-captioned civil action pursuant to 42 U.S.C. § 233(c) and states as follows:

1. Community Health Center of Central Wyoming, Inc., ("CHCCW") is named as a Defendant in a medical malpractice civil action, *Sarah Mountain v. Community Health Center of Central Wyoming, Inc.,* case no. CV-104365, filed in the District Court for the Seventh Judicial District, Natrona County, State of Wyoming.

2. Plaintiff filed that action on or about March 6, 2018, and the suit has not yet proceeded to trial.

3.   Attached to this Notice of Removal as Exhibit 1 are copies of all the pleadings filed in the District Court for the Seventh Judicial District, Natrona County, State of Wyoming, in this action that have been received by and are in the possession of the United States.

4.   The above-referenced Wyoming State Court action is properly subject to removal because the Secretary of Health and Human Services, in accordance with the Federally Supported Health Centers Assistance Act (the "Act"), 42 U.S.C. § 233(g)–(n), deemed CHCCW to be covered by the provisions of the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 1356(b), 2401(b), 2671-80, for damages for personal injury, including death, resulting from the performance of medical, surgical, dental and related functions, and the remedy against the United States under the FTCA is exclusive of any other civil action or proceeding. CHCCW was deemed covered by the Act for all times relevant to the allegations contained in the Complaint.

5.   Congress has provided that, upon certification by the Attorney General or his designee that the defendant was acting in the scope of its employment at the time of the incident out of which the suit arose, any such civil action or proceeding commenced in a state court shall be removed at any time before trial by the Attorney General to the district court of the United States of the district and division embracing the place wherein it is pending and the proceeding deemed a tort action brought against the United States under the provisions of Title 28 of the United States Code. 42 U.S.C. § 233(c); 28 U.S.C. §§ 1346(b), 2671 *et seq.*

6.   Filed with this Notice of Removal as Exhibit 2 is a Certification by Mark A. Klaassen, United States Attorney for the District of Wyoming, that CHCCW is an entity deemed by the Secretary of Health and Human Services to be an employee of the Public Health Service pursuant to 42 U.S.C. § 233(g), and certifying that CHCCW was acting within the scope of its federal employment at the time of the incident giving rise to this suit.

7. The authority to certify scope of office or employment has been delegated to the United States Attorney. *See* 28 C.F.R. § 15.4.

8. Defendant CHCCW is covered by the provisions of the FTCA. 42 U.S.C. §233(a). Accordingly, pursuant to 42 U.S.C. §233(c), the action identified above is hereby removed to this Court from the District Court for the Seventh Judicial District, Natrona County, State of Wyoming.

Dated this 3rd day of May, 2018.

                        MARK A. KLAASSEN
                        United States Attorney

By: _____
        NICHOLAS VASSALLO
        Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify on the 3rd day of May, 2018, I served a true and correct copy of the foregoing **Notice of Removal** upon the following by the methods indicated below:

| | |
|---|---|
| M. Kristeen Hand<br>John Graham<br>The Spence Law Firm<br>P.O. Box 548<br>Jackson, WY 83001 | [ ] By Facsimile<br>[X] By U.S. Mail - postage prepaid<br>[ ] By Hand Delivery<br>[ ] By Overnight Courier |
| Stephenson Emery<br>Williams, Porter, Day & Neville, PC<br>P.O. Box 10700<br>Casper, WY 82602 | [ ] By Facsimile<br>[X] By U.S. Mail - postage prepaid<br>[ ] By Hand Delivery<br>[ ] By Overnight Courier |
| Natrona County District Clerk<br>Seventh Judicial District<br>Townsend Justice Center<br>115 North Center Street<br>Casper, WY  82601 | [ ] By Facsimile<br>[X] By Federal Express<br>[ ] By Hand Delivery<br>[ ] By Overnight Courier |

_____
United States Attorney's Office